**Exhibit A to the Complaint**

**Location:** San Mateo, CA  
**Total Works Infringed:** 33

**IP Address:** 104.15.69.43  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FA9BE70B60100E1FB6497E88375FE7D0EF98520E | Blacked | 11/19/2018 06:30:57 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 2 | 0268A4F2D187EE10BE5C24BCFE5ED4CDC98D1586 | Blacked | 05/09/2018 22:18:04 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 3 | 07CAE96A19F099040064ED36BAD1EA65E7072BAE | Blacked Raw | 06/29/2018 21:36:07 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 4 | 0875A3245DC5FD82FF06747975B36FED06A4392B | Blacked Raw | 01/14/2018 08:35:27 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 5 | 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333 | Blacked Raw | 12/19/2017 03:50:29 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 6 | 0DD5E0CA1A0C69884033049F7172BED08A279A91 | Vixen | 12/15/2017 21:16:51 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 7 | 215C9860FC0F060A3D059EE03DF1A3702B073AD3 | Vixen | 11/21/2017 04:28:04 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 8 | 21D3700D91A9A538FF8D94300B85D6A482220565 | Vixen | 12/20/2017 23:46:19 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 9 | 325FCB40EA7D835E56F30AA3E5D202DE4324F6F7 | Blacked Raw | 12/09/2017 17:18:33 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 10 | 446671764D5224CC3B1FCC42D8BDA32FAB667729 | Vixen | 08/03/2018 06:38:09 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 11 | 5664E9408455BC6288796B7577D954C7E7550DDD | Blacked Raw | 09/13/2018 06:03:20 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 12 | 5E871D1CBAD2A537E0A21724A348E71E8776B0B2 | Blacked Raw | 09/05/2018 00:25:02 | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 13 | 62262C61602C01235FC02017D912EEDBFD38EA22 | Vixen | 09/14/2018 04:26:09 | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 14 | 658C5AA3CE17F8F7F1D15705268C5370113D1518 | Blacked Raw | 11/11/2018 02:53:51 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 15 | 762449C64B6C5833DC12E5B7BB3DA3D2954BEB45 | Blacked | 05/17/2018 22:16:07 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 16 | 7A0772124C84873EE7B7C2ADFC1548B643B96601 | Tushy | 08/06/2018 04:02:49 | 08/04/2018 | 09/01/2018 | PA0002119573 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA | Blacked | 08/08/2018 20:01:57 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 18 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/14/2017 08:21:17 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 19 | 9F01C28059D32E35328AA301E9F60E4FBAC1482B | Tushy | 01/02/2018 00:08:45 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 20 | 9FBD8AB62AFA8BDE0194F6289D7423CDFA989E4E | Vixen | 05/26/2018 00:49:52 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 21 | A1116BE2B18C555A87C9C7F10F2A9993547AB7E8 | Vixen | 09/07/2018 01:15:01 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 22 | A799B5F70AF870CD7947B018D9154D0E152A0F8F | Vixen | 01/10/2018 18:00:03 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 23 | AB03EDEBCF77AB011BEC773EEC41EBFAA82BEB93 | Vixen | 06/29/2017 03:03:35 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 24 | BB1A80E1FA7639C7067A86D5F305E1975CD5932F | Blacked | 01/22/2018 22:48:28 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 25 | C496BAC12F69F15FA39BE077F78FD4764A0E2669 | Blacked | 11/20/2017 07:38:23 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 26 | CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05 | Vixen | 07/18/2017 23:21:36 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 27 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Raw | 11/14/2017 08:13:07 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 28 | D121DFA499CA673977D7D111E3F0F4D873EF28E9 | Tushy | 06/29/2018 19:22:53 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 29 | E4F78ECEF7AC53D166DA4DB298253360D38B287A | Blacked Raw | 12/31/2017 00:34:50 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 30 | E6C0235152FEA617FF722557AD46D5891EFB04CE | Blacked | 02/08/2018 02:28:57 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 31 | EF9929EF02706E916257975A799BBDA3FB78B8B2 | Blacked | 11/26/2017 22:15:01 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 32 | F288B655373E9B18A872FC0843D7412A19EE61C1 | Vixen | 07/09/2018 03:25:00 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 33 | FFCBC2AA2977112F060895E264167F7BB55FD56F | Blacked | 10/21/2017 06:04:28 | 10/17/2017 | 11/27/2017 | PA0002097981 |